UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

NEPPERHAN HEIGHTS ASSOCIATES LLC,,

                Plaintiff,

    -against-

AXIS INSURANCE COMPANY,

                Defendant.
------------------------------------------------------------------ X

Case No.: 18-cv-11354-DLC

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND PARTIES OF RECORD:

Enter my appearance as counsel in this case for Defendant AXIS Insurance Company.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       January 8, 2019

                              MOUND COTTON WOLLAN &
                              GREENGRASS LLP

                              By:  *s/ Bruce R. Kaliner*
                                   Bruce R. Kaliner
                                   (bkaliner@moundcotton.com)
                                   One New York Plaza
                                   New York, New York 10004
                                   Phone: (212) 804-4200
                                   Fax: (212) 344-8066

                              *Attorneys for Defendant AXIS*
                              *Insurance Company*

Matthew S. Aboulafia, Esq.
Jack Glanzberg, Esq.
Aboulafia Law Firm LLC
Attorneys for Plaintiff
228 East 45th Street, Suite 1700
New York, New York  10017
*Via ECF*

796002.1